**33  INNIS vs. CIRCUIT JUDGE (Wayne), No. 15127.**

To dismiss garnishment proceedings because, in the principal suit commenced by declaration, no rule to plead was entered until the next day after the suit was commenced and after service upon both the principal defendant and the garnishee defendant.

Denied October 23, 1895, with costs.

**34  GERMAN AMERICAN INS. CO. vs. CIRCUIT JUDGE (Chippewa), No. 14672, 105 M., 566.**

To quash a writ of garnishment issued at the suit of G. against H. & L., co-partners, as principal defendants, and relator, a foreign corporation, garnishee defendant, for the reason (1) that service was not made upon any officer or agent of the corporation, hence not upon anyone authorized to disclose, but upon the Commissioner of Insurance, and (2), that the affidavit alleges that the garnishee defendant is indebted to H. and does not allege that H. is individually indebted to plaintiff, but sets forth that H. and L. are so indebted.

Denied June 4, 1895, with costs.